**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS TEXAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 13 2023
CLERK, U.S. DISTRICT COURT
By_____
    Deputy

Karl Lynn McGee
P. O Box 9868
Tyler, Texas 75711

3-23CV0098-B

Beverely Melontree
Attorney for said Trespass
At County Court Two
1309 West Erwin St
Tyler Texas 75702
713 878 3297   903 747 3760

United States Bankruptcy Court
Clerk
110 N. College Ave 5th Floor
Tyler, Texas

Page 1 of 9

UNITED STATES BANKRUPTCY COURT
COURT OFFICIAL
110 N. COLLEGE AVE 9TH FLOOR
TYLER, TEXAS 75702  903 590 3200

TYLER P.D
ARRESTING OFFICER P/OCK
711 WEST FERGUSON
TYLER, TEXAS 75702  903 580 1611

COUNTY COURT TWO
JUDGE HEATON
100 N. BROADWAY AVE 1ST FLOOR SUIT 104
TYLER, TEXAS 75702

SPEARS HEARING ①
WRIT OF HABEAS CORPUS
THE WAIVING OF FILING FEE.
EXPUNGING RECORD OF SAID CRIMINAL TRESSPASS.
CIVIL SUITE (1915)

① NEEDED TRESSPASS AT TYLER P.D. REPORT

PAGE 2 OF 9.

TO THE UNITED STATES DISTRICT
COURT OF DALLAS DIVISION
JUDGE _____

NOW COME KARL LYNN MCGEE
AKA KARL LYNN SHACKLEFORD
D.L NUMBER 13004175
S.S NUMBER XXX XX 1337
DATE OF BIRTH 03 06 1969

AFFIDAVIT

ON OR ABOUT THIS 27th DAY OF DEC-EMBER MONTH 2021 YEAR I KARL LYNN McGEE AKA KARL LYNN SHACKELFORD THEN WENT TO THE UNITED STATES BANKRUPTCY COURT TYLER, TEXAS THE CLERK OF THE UNITED STATES BANKRUPTCY COURT NAME UNKNOWN I THEN WAS TALKING WITH HER ABOUT CASE NUMBER 9560037 A I WAS ASK TO GO THEIR BY PLANO TEXAS CLERK NAME UNKNOWN WE WERE TOLD THAT WE DID NOT HAVE TO DRIVE TO PLANO TEXAS TO CONDUCT CASE AT 660 N. CENTRAL EXPRESSWAY PLANO, TEXAS AND AFTER RECIVING COURT DOCUMENTS

PAGE 4 OF 9

FROM TYLER, TEXAS CLERK OF THE UNITED STATES BANKRUPTCY CLERK TYLER P.D OFFICER NAME UNKNOWN ASK FOR ME TO PUT BRIEF CASE DOWN AND I WAS ARRESTED BY TYLER P.D OFFICER NAME UNKNOWN FOR CRIMINAL TRESSPASS I THEN WAS TAKING DOWN STAIRS OUT OF CLERK COURT COURT OFFICIAL NAME UNKNOWN CAME FOR COURT GAVE DOCUMENTS TO TYLER P.D I THEN WAS TRANSPORTED TO JAIL FOR CRIMINAL TRESSPASS. AT CLERK COURT NO DISRUPTION UNITED STATES MARSHAL.. I THEN STEP DOWN AS ATTORNEY FOR MYSELF CASE NUMER

PAGE 5 OF 9

AT. COUNTY COURT TWO
JUDGE HEATON TYLER, TEXAS
SMITH COUNTY COURT HOUSE
ATTORNEY CONDUCTING CASE
BEVERELY MELONTREE.

RELIEF
SPEAR HEARING EVIDENCE/NAME
OF UNKNOWN
WAIVING OF FILING FEE
EXPUNGE RECORD SAID CRIMINAL
TRESSPASS
COMPENSATION 1915 CIVIL SUITE

COME ASKING THIS UNITED STATES
DISTRICT COURT FOR RELIEF
SPEAKS HEARING RULING WRIT OF
HABEAS CORPUS WAIVING FILING
FEE EXPUNGING OF CRIMINAL
TRESSPASS, COMPENSATION.

PRAYER THAT THIS UNITED STATES DISTRICT COURT GRANT

SIGNED

THIS 28TH DAY OF NOV MONTH 2022 YEAR

RESPECTFULLY
Karl Lynn McGee AKA
Karl Lynn Shackelton
Karl Lynn McGee
Karl Lynn Shackelton

Karl Lynn McGee
P.O Box 9848
Tyler Texas 75711
BAR #
Karl Lynn McGee AKA

PAGE 7 OF 9

# ORDER

ON OR ABOUT THIS DAY CAME SAID PETION SPEAK HEARING WRIT OF HABEAS CORPUS THE WAIVING OF FILING FEE EXPUNGING RECORD CIVIL SUITE 1915 THIS PETITION CAME CONSIDERED ADJUDG AND ORDERED.

SIGNED
THIS ____ DAY OF ____ MONTH ____ YEAR

_____
PRESIDING JUDGE OF THE
UNITED STATES DISTRICT
COURT

PAGE 8 OF 9

CERTIFICATE OF SERVICE

I, Karl Lynn McGee AKA Karl Lynn Shackelford DID SERVE THIS 1 OF 8 PAGE WRIT OF HABEAS CORPUS SPEAKS HEARING, WAIVING OF FILING FEE EXPANDING OF RECORD, CIVIL SUITE.

SIGNED THIS 28TH DAY OF NOV MONTH 2022 YEAR

Karl Lynn McGee          Karl Lynn McGee
Karl Lynn Shackelford    Karl Lynn Shackelford

DATE DELIVERED

PAGE 9 OF 9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS, TEXAS DIVISION

CORRESPONDENCE TO THE UNITED STATES DISTRICT COURT DATED 12 6 2022.

(QUOTING) DOCUMENTS ARE ADDRESSED TO THE EASTERN DISTRICT OF TEXAS.

WILLIAM M. STEGER 211 WEST FERGUSON STREET TYLER, TEXAS 75702. DID NOT FILE DOCUMENTS FOR SAID NO ID

FILING IN THIS COURT CLERK RULE. CLERK RULE IS TO DOCKET AND FILE. ADDRESSING TO DALLAS COURT

SIGNED THIS 10th DAY of JAN MONTH 2023 YEAR

RESPECTFULLY
KARL LYNN MCGEE, AKA
KARL LYNN SHACKELFORD

PAGE 1 OF 3

*Karl Lynn McGee*
*Karl Lynn [signature]*


KARL LYNN MCGEE
P.O BOX 9868
TYLER, TEXAS 75711
BAR
*Karl Lyn McGee*

PAGE
2 OF 3

CERTIFICATE OF SERVICE

I KARL LYNN MCGEE AKA KARL LYNN SHACKELFORD DID SERVE THIS 1 OF 3 PAGE LETTER TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF DALLAS, TEXAS AND RETURN DOCUMENTS 1 OF 9 PAGE WRIT OF HABEAS CORPUS AND 15.15 CIVIL SUITE.

SIGNED
THIS 10TH DAY OF JAN MONTH 2023 YEAR

KARL LYNN MCGEE            Karl Lyn McGee
KARL LYNN SHACKELFORD      Karl LynShf

DATE DELIVERED

PAGE
3 OF 3

# United States District Court
## Northern District of Texas



*Dallas Division*

12/9/2022

Karl L McGee
P.O. Box 9868
Tyler, TX 75711

Re: Your correspondence received in the U.S. District Clerk's Office on 12/6/2022
Case No./Style: N/A

Please be advised that your documents are addressed to the Eastern District of Texas. We are returning your document(s) so you may file them in that district. The correct court address is provided below.

William M. Steger Federal Building and United States Courthouse
211 West Ferguson Street Room 106
Tyler, Texas 75702

Sincerely,

Deputy Clerk -  MS

